# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY J. BRODZKI,

    Plaintiff,

v.

CITY OF NEVADA,

    Defendant.

Case No. 2:12-CV-00320-KJD-CWH

**ORDER**

Presently before the Court is Plaintiff's Motion for Temporary Restraining Order (#2). Having read and considered the frivolous and baseless motion it is denied. Furthermore, considering the complaint which seeks relief to stop "sheriff gill spy's procedure of electronic torture and harassment" because "[i]t stings and hurts and is corporeal punishment[,]" the Court must dismiss Plaintiff's complaint without leave to amend, because the complaint does not state a plausible claim for relief. See Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009) (citing Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)).

**IT IS SO ORDERED.**

    DATED this 10th day of April 2012.

_____
Kent J. Dawson
United States District Judge